FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 31, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DONAVAN PEONE,<br>Defendant. | No. 2:26-CR-0100-RLP-1<br><br>ORDER GRANTING MOTIONS FOR A PROTECTIVE ORDER AND TO EXPEDITE HEARING |

Before the Court are the Government's Motion for Protective Order re Minors' Identifying Information, ECF No. 23, and Motion to Expedite Hearing, ECF No. 24. Having reviewed the motions and file, the Court grants the motions.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Motion for a Protective Order re Minors' Identifying Information, **ECF No. 23**, is **GRANTED**.
2. The Government's Motion to Expedite Hearing, **ECF No. 24**, is **GRANTED.**
3. The privacy protection measures mandated by 18 U.S.C. § 3509(d), when a case involves a person under the age of eighteen years who is alleged to be a victim of a crime of sexual abuse, or a witness to a crime committed against another person, apply to this case, thus, all persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B), shall follow and abide by the privacy protections of 18 U.S.C. § 3509(d)(1) and (2) as follows:

(1) Confidentiality of information.

(A) A person acting in a capacity described in subparagraph (B) in connection with a criminal proceeding shall–

(i) keep all documents that disclose the name or any other information concerning a child in a secure place to which no person who does not have reason to know their contents has access; and

(ii) disclose documents described in clause (i) or the information in them that concerns a child only to persons who, by reason of their participation in the proceeding, have reason to know such information.

(B) Subparagraph (A) applies to–

(i) all employees of the Government connected with the case, including employees of the Department of Justice, any law enforcement agency involved in the case, and any person hired by the Government to provide assistance in the proceeding;

(ii) employees of the court;

(iii) the defendant and employees of the defendant, including the attorney for the defendant and persons hired by the defendant or the attorney for the defendant to provide assistance in the proceeding; and

(iv) members of the jury.

(2) Filing under seal. All papers to be filed in court that disclose the name of or any other information concerning a child shall be filed under seal without necessity of obtaining a court order. The person who makes the filing shall submit to the clerk of the court–

(A) the complete paper to be kept under seal; and

(B) the paper with the portions of it that disclose the name of or other information concerning a child redacted, to be placed in the public record.

4. Counsel shall remind all persons providing assistance on this case of these obligations.
5. Any alleged victim will be referred to either by initials or pseudonyms.
6. All personal information relating to any victim described above shall be precluded from public disclosure.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** August 31, 2026.

REBECCA L. PENNELL
DISTRICT COURT JUDGE